# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| United States of America, | ) | |
| --- | --- | --- |
| | ) | **ORDER** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | Case No.: 1:16-cr-192 |
| Tomika Wauneka, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant's arraignment set for September, 2016, at 11:00 a.m. CDT before the undersigned is cancelled. It shall be rescheduled at a later date and time.

**IT IS SO ORDERED.**

Dated this 29th day of August, 2016.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge