# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| United States of America, | ) | |
| --- | --- | --- |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Tomika Wauneka, | ) | Case No. 1:16-cr-192 |
| Defendant. | ) | |

Defendant made her initial appearance in Albuquerque before the United States District Court for the District of New Mexico on August 15, 2016. She was conditionally released with instruction to appear in the District of North Dakota as directed for further proceedings.

This court shall schedule defendant's arraignment for September 13, 2016, at 11:00 a.m. CDT/10:00 a.m MDT. The court has appointed counsel to represent defendant for the proceedings in the District of North Dakota. Given defendant's lack of resources, defendant need not travel to North Dakota for the arraignment. Rather, she may appear via video from the United States Courthouse in Albuquerque, New Mexico. See Fed. R. Civ. P. 10 (c) ("Video teleconferencing may be used to arraign a defendant if the defendant consents.").[1]

**IT IS SO ORDERED.**

Dated this 1st day of September, 2016.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court

---

[1] Defendant need not be present for the arraignment if she files a waiver of her personal appearance pursuant to Fed. R. Crim. P. 10 (b). If defendant files a waiver, the video conference will be cancelled.